UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| LISA BRENCLE LEEHANS | CIVIL ACTION |
| VERSUS | NO: 18-6014 |
| ANDREW SAUL, COMMISSIONER OF SOCIAL SECURITY ADMINISTRATION | SECTION: "J"(1) |

# ORDER

The Court, having considered the record, the applicable law, the Parties' Cross-Motions for Summary Judgment (Rec. Docs. 14, 19), the Magistrate Judge's Report and Recommendation (Rec. Doc. 20), and the Defendant's objections to the Magistrate Judge's Report and Recommendation (Rec. Doc. 23) to the extent said objections do not raise new legal arguments, hereby **OVERRULES** Defendant's objections and approves the Magistrate Judge's Report and Recommendation and **ADOPTS** it as its opinion herein.

Accordingly,

**IT IS ORDERED** that Plaintiff's *Motion for Summary Judgment* **(Rec. Doc. 14)** is **GRANTED in** part and **DENIED** in part.

**IT IS FURTHER ORDERED** that Defendant's *Motion for Summary Judgment* **(Rec. Doc. 19)** is **DENIED**.

**IT IS FURTHER ORDERED** that the matter is remanded to the ALJ for further proceedings as recommended by the Magistrate Judge's Report and Recommendation **(Rec. Doc. 20).**

New Orleans, Louisiana, this 29th day of August, 2019.

                                              CARL J. BARBIER
                                              UNITED STATES DISTRICT JUDGE